# United States District Court

<u>SOUTHERN</u>      DISTRICT OF      <u>FLORIDA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **CRIMINAL COMPLAINT** |
| MATTHEW LOWE, and<br>MILTON DAVIS | **CASE NUMBER: 95-5204-AEV** |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or between <u>December 10, 1995 and December 11, 1995</u> in <u>Palm Beach</u> county, in the

<u>Southern</u> District of <u>Florida and elsewhere</u> defendant(s), (Track Statutory Language of Offense)

did knowingly and willfully steal, purloin and convert to their use, or the use of another, property of the United States and a department and agency of the United States, that is, a motor vehicle of the United States Customs Service, Department of Treasury, the value of which exceeded $100; MATTHEW LOWE having previously been convicted of felonies, to wit: Burglary, on May 6, 1988, a felony under the laws of the State of Florida (Case # 87-1M63CF), did knowingly possess in and affecting interstate commerce a Styer AUG .223 caliber machine gun, serial number USC1296;

in violation of Title <u>18</u> United States Code, Section(s) <u>641 & 922(g)(1)</u>

I further state that I am a(n) <u>S/A Sposetta</u> and that this complaint is based on the following
<span style="font-size:smaller">Official Title</span>

facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes   [ ] No

_____<br>Signature of Complainant<br>Special Agent Kevin Sposetta<br>United States Customs Service

Sworn to before me, and subscribed in my presence,
upon my finding of probable cause.

_____
Dec 12, 1995
Date

at     <u>West Palm Beach, Florida</u>
City and State

ANN E. VITUNAC
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, Kevin J. Sposetta, a Marine Enforcement Officer of the United States Customs Service (USCS) being duly sworn, state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in multiple titles within the US code, including but not limited to Title 18 U.S.C. § 641, theft of government property; Title 18 U.S.C. § 371, conspiracy to commit offense or to defraud the United States.

2. In my official capacity, I have received training on a state and federal level in financial crimes, narcotics smuggling, theft and fraud and general criminal methodology.

3. I have been employed as a Marine Enforcement Officer of the USCS for six (6) years. I am currently assigned to the United States Customs Service, West Palm Beach Office as a Marine Enforcement Officer in the Operations Group. Prior to this, I was employed as a police officer for five (5) years with the city of Boca Raton, Florida and prior to that I was a police officer for two (2) years with the village of Columbiana, Ohio.

4. I currently serve as the Case Agent assigned to investigate the theft of the government property which occurred on December 10, 1995.

5. In the course of investigations, I have submitted several affidavits to this Court, including affidavits for search warrants and seizure warrants. My affidavits have been judged to be sound and have been found to contain cause, thus allowing judicially sanctioned law enforcement efforts to go forward.

6. I have personally participated in the investigation and additionally, I am familiar with the facts of the offenses currently under investigation by agents of the U.S. Customs Service and West Palm Beach Police Department.

### Case Background

7. Your affiant learned that on December 10, 1995, between the hours of 1230 and 1400, the U.S. Customs Government vehicle # 4025, a 1989 Pontiac Firebird, VIN # 1G2FS21S6KL262773, Florida Registration SSB-33M was stolen from the West Palm Beach Municipal parking lot on the corner of Datura and Dixie Highway in the City of West Palm Beach, Florida.

8.    The stolen vehicle contained two (2) Government Issued Smith & Wesson 6906 handguns, serial numbers TCU-3723 and TCU-3241, a Government issued Styer Aug machine gun serial number USC 1296, two (2) Motorola hand held saber radios, serial numbers 500AQS1834 and 500AQS1841, and a Government cellular phone, (407) 379-9522.

9. On December 10, 1995, your affiant made contact with AT&T Wireless Service Security Officer Javiar Infiesta and requested that AT&T Wireless Service track the activity of the U.S. Customs Service cellular telephone (407) 379-9522 which had been stolen along with the vehicle.

10. On December 10 through December 11, 1995, AT&T Wireless Service Security Officer's Javiar Infiesta and John Fitts provided faxed records containing multiple numbers called by the unidentified subject(s) on the stolen cellular telephone (407) 379-9522. One such number was logged as (407) 659-3646, called by the unidentified subject five (5) times on the stolen U.S. Customs cellular line. The last call was logged in at 7:11 AM on December 11, 1995.

11. On December 11, 1995, at approximately 1000 hours, a US Customs Summons was served via fax on Southern Bell Security Staff Manager George E. Nicholson in an attempt to provide subscriber information for an unlisted number, (407) 659-3646.

12. At approximately 1030 hours, in response to the U.S. Customs Summons, Southern Bell Security Staff Manager George E. Nicholson advised that the number (407) 659-3646, was subscribed to by Ella Mae PITTS of 2100 Australian Avenue, Apartment 404N, West Palm Beach, Florida.

13. At approximately 1130 hours, agents from the U.S. Customs Service Office of Investigation established a surveillance on the apartment complex, LAKEVIEW TOWER APARTMENTS, located at 2100 Australian Avenue, West Palm Beach, Florida.

14. At approximately 1148 hours, SS/A Robert Hutchinson, while conducting a surveillance on the LAKEVIEW TOWER APARTMENTS, located the stolen U.S. Customs Government vehicle # 4025, a 1989 Pontiac Firebird, VIN # 1G2FS21S6KL262773, Florida Registration SSB-33M.

15. At approximately 1330, a black male, later identified as Milton Edward DAVIS dob 09/29/70, was observed by agents of the West Palm Beach Office of Investigation and the West Palm Beach Police Department, exit the northern apartment building and enter the U.S Customs vehicle # 4025 and attempt to drive that vehicle out of the parking lot area.

16. Upon observing the movement of U.S. Customs Government vehicle # 4025, agents of the West Palm Beach Office of Investigation and West Palm Beach Police Department moved in, in an attempt to effect the arrest of Milton DAVIS. DAVIS attempted to flee in the vehicle from the law enforcement units in the vehicle, but was stopped by law enforcement vehicles.   DAVIS attempted to flee on foot northbound into an open field directly into the path of five marked West Palm Beach Police units. DAVIS then fled in an easterly direction on foot, but was apprehended by uniformed police officers.

17. After the arrest of DAVIS, the U.S Customs vehicle # 4025 was recovered. Equipment, i.e. foul weather jacket, and personal property were recovered in the trunk area of the vehicle but no firearms were located.

18. After being advised of his <u>Miranda</u> warnings, DAVIS executed a written waiver of the same and provided the following information reference a second subject, Matthew LOWE dob 07/04/70. DAVIS identified LOWE, also a black male, as the subject who had given DAVIS, the U.S. Customs Government vehicle # 4025 in the parking lot area of 2100 Australian Blvd. on 12/11/95. DAVIS also stated that LOWE provided a screw driver to DAVIS to act as an ignition key for the vehicle.

19. DAVIS identified LOWE as driving a older model white over blue cadillac, with a Florida Registration (vanity tag) "JBK". DAVIS stated that the vehicle was stolen and that LOWE had displayed stolen articles  to DAVIS which LOWE had removed from vehicle #4025.

20. DAVIS stated that LOWE met with DAVIS at 418 53rd Street, in West Palm Beach and displayed a silver colored 9mm handgun, in a police type holster, which LOWE stated he had stolen from vehicle #4025.   DAVIS stated that the 9mm handgun w/police holster was stored in the trunk of vehicle "JBK".  DAVIS also displayed a long clear plastic magazine which allegedly contained .223 rounds which LOWE removed from a velcro case in the trunk of the vehicle. The magazine had also been stolen from vehicle #4025. In addition, according to DAVIS, LOWE advised he stole two sets of body armor; two jackets; two 9mm's and two Styer Augs out of vehicle #4025.

21. Based on your affiant's training as a firearms instructor, the description of the magazine is consistant with those magazines issued with the Styer Aug machine gun which are of a particularly unique construction. The Smith & Wesson 6906 9mm handgun is silver in color and one of the weapons stolen along with vehicle #4025 was secured in a police holster.

22. DAVIS stated that LOWE frequented a location identified as Queens Lodge Hotel, located at 3712 Broadway, West Palm Beach, Florida. Detectives from the West Palm Beach Police Department, based on DAVIS' information, conducted a drive-by surveillance of Queens Lodge Hotel and located the LOWE's vehicle, "JBK", parked in the rear.

23. At approximately 1730 hours, agents from the U.S. Customs Service Office of Investigation and West Palm Beach Police Department established a surveillance on the hotel complex, located at 3712 Broadway, West Palm Beach, Florida.

24. LOWE's vehicle was described as an older model cadillac, blue and white in color, with a Florida Registration "JBK". The description matched DAVIS' account. In addition, a query of NCIC stolen vehicle files indicates that JBK appears on a stolen 1985 2 door El Dorado, blue in color, supporting DAVIS' claim as to his knowledge of the status of LOWE's vehicle.

25. At approximately 1945 hours, a red Pontic Fiero pulled into the parking lot area of the Queens Lodge Hotel. A b/m, later to be identified as LOWE, exited the Fiero and appeared to observe the law enforcement presence in the area. LOWE fled on foot but was later apprehended by uniformed West Palm Beach Police officers after a foot pursuit.

26. Upon LOWE's apprehension, "JBK" was recovered and processed by West Palm Beach Police personnel. During an inventory of the recovered vehicle, a U.S. Customs foul weather jacket in the trunk, and a Motorola Saber radio, serial #500AQS1841 was recovered from the interior of the vehicle. Further investigation revealed that the red Pontiac Fiero, PKL91J, that LOWE arrived was recently stolen from Boca Raton, Florida.

27. DAVIS advised law enforcement personnel that LOWE was known to frequent/reside at 1025 Windsor Avenue, apartment 5, West Palm Beach, Florida. DAVIS added that LOWE was known to store property at the Windsor address.

28. At approximately 2216 hours, law enforcement personnel arrived at 1025 Windsor Avenue, apartment 5 and discovered stolen discarded property in the residence's trash. A consent search was obtained, and misc property was recovered.

29. Your affiant has conducted a criminal records check on defendant LOWE, which indicates that he has several past criminal felony convictions, including a May 6, 1988 felony conviction for burglary in Case # 87-1M63CF.

4

30. Your affiant, as a firearms instructor, is aware that the Styer AUG machine gun utilized by the U.S. Customs Service referenced above, is manufactured in the Republic of Austria, and thus travelled in interstate and foreign commerce prior to its theft.

31. Based on the foregoing, your affiant believes that probable cause exists to charge MATTHEW LOWE with theft of government property in of violation 18 U.S.C. § 641 and being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1); and to charge MILTON DAVIS with theft of government property in of violation 18 U.S.C. § 641.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kevin J. Sposetta
Marine Enforcement Officer
U.S. Customs Service

Subscribed by and sworn to me
this _____ day of December, 1995.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

5